IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS OLIVEREZ, JR., ) | |
| ) | |
| Petitioner, ) | No. C 05-0186 CRB (PR) |
| ) | |
| vs. ) | ORDER |
| ) | |
| C. M. HARRISON, Warden, ) | (Doc # 12) |
| ) | |
| Respondent. ) | |
| ) | |

Petitioner moves for bail or release on his own recognizance pending determination of his petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging his state conviction for grand theft, conspiracy to commit murder and first degree murder.

A district court may have the authority to release a state prisoner on bail pending resolution of a habeas proceeding, but only in extraordinary cases involving special circumstances or a high probability of success. Land v. Deeds, 878 F.2d 318, 318-9 (9th Cir. 1989) (citing Aronson v. May, 85 S. Ct. 3, 5 (1964) (requiring both exceptional circumstances and high probability of success)). Some examples of exceptional circumstances are serious deterioration of the petitioner's health while incarcerated; short sentences for relatively minor crimes so near completion that extraordinary action is essential to make collateral review

1  truly effective; or, possibly, extraordinary delay in processing a habeas corpus
2  petition.  See Salerno v. United States, 878 F.2d 317, 317 (9th Cir. 1989); Calley
3  v. Callaway, 496 F.2d 701, 702 n.1 (5th Cir. 1974).  No such exceptional
4  circumstances (or high probability of success) are present here.  Accord In re
5  Roe, 257 F.3d 1077, 1079-80 (9th Cir. 2001) (district court erred in releasing
6  prisoner on bail during the pendency of his district court habeas proceeding,
7  because allegations of actual innocence, failing health, discovery abuses by
8  opponent and available lodging did not satisfy the Land standard for release).
9  Petitioner's motion (doc # 12) is DENIED.

SO ORDERED.

DATED:  Feb. 02, 2006                    _____
                                         CHARLES R. BREYER
                                         United States District Judge